# United States District Court
## Violation Notice

CVB Location Code: WW13

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7968203 | Det. Thomas, P. | T0151 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 07/10/2019 - 0630 | 18 USC 113 |

7968203

Place of Offense
6909A Rhode Island Ave, JBLM, WA 98433

Offense Description: Factual Basis for Charge                    HAZMAT ☐
ASSAULT CONSUMMATED BY A BATTERY

### DEFENDANT INFORMATION

Last Name
SCZUROSKI                ANTHONY           A

Street Address

Tag No.     State     Year     Make/Model     PASS ☐ CDL ☐

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ _____   Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT →** $ _____   **Total Collateral Due**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | |
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature   Sent Certified Mail

(Rev. 09/2015)     Original - CVB Copy

---

I state that on 10 July, 20 19 while exercising my duties as a law enforcement officer in the WESTERN District of WASHINGTON

SEE ATTACHED STATEMENT

The foregoing statement is based upon:

X my personal observation     X my personal investigation

X information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/10/2019   [signature]
Date (mm/dd/yyyy)     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)     U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 08/22/2019 8:16